```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 00194
   JOHN D PUHLYAK
   DELLA M PUHLYAK                           CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-3805     SSN XXX-XX-3240

------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 01/05/2007 and was confirmed 04/02/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was converted to chapter 7 after confirmation 03/03/2009.
------------------------------------------------------------------------------
CREDITOR NAME           CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS  CURRENT MORTG          .00          .00          .00
FAIRFIELD RESORTS INC   SECURED                .00          .00          .00
NUVELL CREDIT CO LLC    SECURED VEHIC    19115.00      1724.39     14055.77
NUVELL CREDIT CO LLC    UNSECURED         9618.25          .00       247.17
WELLS FARGO AUTO FINANCE SECURED VEHIC   16915.00      1499.65     12489.02
WELLS FARGO AUTO FINANCE UNSECURED        8394.89          .00       215.75
ADT                     UNSECURED        NOT FILED         .00          .00
APELIES                 NOTICE ONLY      NOT FILED         .00          .00
ADVOCATE SOUTH SURBURBAN UNSECURED       NOT FILED         .00          .00
HARRIS & HARRIS         NOTICE ONLY      NOT FILED         .00          .00
AMERICAN EXPRESS TRAVEL UNSECURED         3802.84          .00        97.75
AMERICAN EXPRESS        UNSECURED        NOT FILED         .00          .00
AMERICAN EXPRESS TRAVEL UNSECURED         1232.94          .00        26.50
MITCHELL N KAY          NOTICE ONLY      NOT FILED         .00          .00
ASPIRE                  UNSECURED        NOT FILED         .00          .00
PALISADES COLLECTION    UNSECURED          945.40          .00        20.33
PALISADES COLLECTIONS   NOTICE ONLY      NOT FILED         .00          .00
ECAST SETTLEMENT CORP   UNSECURED         3150.90          .00        67.75
FMA ALLIANCE LTD        NOTICE ONLY      NOT FILED         .00          .00
BLAIR CORPORATION       UNSECURED        NOT FILED         .00          .00
CAPITAL ONE             UNSECURED          703.25          .00        15.13
ASSOCIATED RECOVERY SYST NOTICE ONLY     NOT FILED         .00          .00
NORTHLAND GROUP INC     NOTICE ONLY      NOT FILED         .00          .00
CAPITAL ONE             UNSECURED          623.24          .00        15.36
GINNYS                  UNSECURED          379.17          .00          .00
CENTRAL DUPAGE FOOT & AN UNSECURED       NOT FILED         .00          .00
CAPITAL ONE BANK        UNSECURED        NOT FILED         .00          .00
CAPITAL ONE             UNSECURED          628.17          .00        15.48
CITIFINANCIAL           UNSECURED        NOT FILED         .00          .00
AMERICAN CORADIUS INTL  NOTICE ONLY      NOT FILED         .00          .00
COMMONWEALTH EDISON     UNSECURED        NOT FILED         .00          .00
COMPUCREDIT BANK        UNSECURED        NOT FILED         .00          .00

                      PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 00194 JOHN D PUHLYAK & DELLA M PUHLYAK
```

```
COUNTRY DOOR               UNSECURED        NOT FILED                 .00               .00
GINNYS                     NOTICE ONLY      NOT FILED                 .00               .00
MIDNIGHT VELVET            UNSECURED           123.72                 .00               .00
TRI STATE ADJUSTMENT       NOTICE ONLY      NOT FILED                 .00               .00
DISCOVER FINANCIAL SERVI   UNSECURED          2654.74                 .00             57.07
FCNB                       UNSECURED        NOT FILED                 .00               .00
NEWPORT NEWS               NOTICE ONLY      NOT FILED                 .00               .00
FCNB MASTER TRUST          UNSECURED          1118.86                 .00             24.05
PREMIER BANCARD CHARTER    UNSECURED           260.55                 .00               .00
ASSET ACCEPTANCE LLC       UNSECURED          1421.03                 .00             32.05
ARROW FINANCIAL SERVICES   NOTICE ONLY      NOT FILED                 .00               .00
ROUNDUP FUNDING LLC        UNSECURED          1175.05                 .00             25.27
HANGER PROS & ORTH EAST    UNSECURED        NOT FILED                 .00               .00
ECAST SETTLEMENT CORP      UNSECURED           193.38                 .00               .00
ROUNDUP FUNDING LLC        UNSECURED           328.08                 .00               .00
MICHAEL P MARGELEFSKY      NOTICE ONLY      NOT FILED                 .00               .00
LVNV FUNDING               UNSECURED        NOT FILED                 .00               .00
NORTHLAND GROUP INC        NOTICE ONLY      NOT FILED                 .00               .00
MARSHALL FIELDS            UNSECURED        NOT FILED                 .00               .00
MASON DIRECT               UNSECURED        NOT FILED                 .00               .00
MONOGRAM CC BANK GA        UNSECURED        NOT FILED                 .00               .00
BLATT HASENMILLER LEIBSK   NOTICE ONLY      NOT FILED                 .00               .00
NATIONAL CITY BANK         UNSECURED        NOT FILED                 .00               .00
HUDSON & KEYSE             NOTICE ONLY      NOT FILED                 .00               .00
NICOR GAS                  UNSECURED           221.05                 .00               .00
NATIONAL CAPITAL MANAGEM   UNSECURED          2639.42                 .00             56.74
OSI COLLECTIONS            UNSECURED           988.63                 .00             21.25
BLATT HASENMILLER LEIBSK   NOTICE ONLY      NOT FILED                 .00               .00
CAPITAL MANAGEMENT SERVI   NOTICE ONLY      NOT FILED                 .00               .00
RADIOLOGY CENTER SC        UNSECURED        NOT FILED                 .00               .00
I C COLLECTION SERVICE     NOTICE ONLY      NOT FILED                 .00               .00
ROUNDUP FUNDING LLC        UNSECURED          6825.09                 .00            168.26
CREDIT CONTROL             NOTICE ONLY      NOT FILED                 .00               .00
LVNV FUNDING               NOTICE ONLY      NOT FILED                 .00               .00
MERCANTILE COLLECTION      NOTICE ONLY      NOT FILED                 .00               .00
SHELL CITICARD             UNSECURED        NOT FILED                 .00               .00
CALVARY PORTFOLIO          UNSECURED           693.05                 .00             15.63
ROUNDUP FUNDING LLC        UNSECURED           291.13                 .00               .00
B-LINE LLC                 UNSECURED          2940.36                 .00             63.22
COUNTRY DOOR               UNSECURED            50.52                 .00               .00
ROUNDUP FUNDING LLC        UNSECURED          2892.36                 .00             62.18
STUART B HANDELMAN         DEBTOR ATTY       2,000.00                               2,000.00
TOM VAUGHN                 TRUSTEE                                                   2,457.23
DEBTOR REFUND              REFUND                                                         .00
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                              RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------

PAGE  2 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 00194 JOHN D PUHLYAK & DELLA M PUHLYAK

```
TRUSTEE                                     35,473.00

PRIORITY                                                               .00
SECURED                                                          26,544.79
   INTEREST                                                       3,224.04
UNSECURED                                                         1,246.94
ADMINISTRATIVE                                                    2,000.00
TRUSTEE COMPENSATION                                              2,457.23
DEBTOR REFUND                                                          .00
                                         ----------------   ----------------
TOTALS                                      35,473.00            35,473.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
   Dated: 03/26/09                   _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE